# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144843

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JOHN L. HALFORD,
        Plaintiff-Appellant,

v

CITY OF FLINT,
        Defendant-Appellee.

SC: 144843
COA: 304068
Genesee CC: 11-095586-NO

_____/

On order of the Court, the application for leave to appeal the March 13, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

_____
Clerk

s0618